```
Kori Staheli
174 North 2940 East
Saint George, UT 84790-7095

Office of Recovery Services
PO Box 45011
Salt Lake City, UT 84145
```